```
IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
         SOUTHERN DIVISION
```

| | |
|---|---|
| MILTON POWELL SIMS, # 226895, | * |
| Petitioner, | * |
| vs. | * CIVIL ACTION NO. 22-00162-KD-B |
| WARDEN BUTLER, | * |
| Respondent. | * |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated April 22, 2022 (Doc. 2) is **ADOPTED** as the opinion of this Court.

Accordingly, this action is hereby **TRANSFERRED** to the Western Division of the United States District Court for the Northern District of Alabama.

**DONE** and **ORDERED** this 16th day of May 2022.

s/ Kristi K. DuBose
KRISTI K. DuBOSE
UNITED STATES DISTRICT JUDGE